McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>APPROXIMATELY $108,280.00 IN U.S. CURRENCY,<br><br>                Defendant. | CASE NO.<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Lotrion White ("claimant"), by and through their respective counsel, as follows:

1. On or about September 21, 2020, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Customs and Border Protection with respect to the approximately $108,280.00 in U.S. Currency (hereafter "defendant currency"), which was seized on July 25, 2020.

2. The U.S. Customs and Border Protection has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
2  forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of
3  the parties.  That deadline is December 20, 2020.

4      4.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to
5  March 20, 2021, the time in which the United States is required to file a civil complaint forfeiture
6  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
7  subject to forfeiture.

8      5.     Accordingly, the parties agree that the deadline by which the United States shall be
9  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment
10 alleging that the defendant currency is subject to forfeiture shall be extended to March 20, 2021.

11 Dated:  December 2, 2020                             McGREGOR W. SCOTT
                                                    United States Attorney

13                                            By:   /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
14                                                    Assistant United States Attorney

16 Dated:  December 2, 2020                             By:   /s/ Matthew Owdom
                                                    MATTHEW OWDOM
17                                                    Attorney for Potential Claimant
                                                    Lotrion White
18                                                    (Signature approved by email on 12/2/20)

19       IT IS SO ORDERED.

21 Dated: _____                     _____
22                                                     UNITED STATES DISTRICT JUDGE