PHILLIP A. TALBERT
Acting United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>         v.<br><br>APPROXIMATELY $108,280.00 IN U.S. CURRENCY,<br><br>                  Defendant. | CASE NO.  1:20-MC-00120-AWI<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant

Lotrion White ("claimant"), by and through their respective counsel, as follows:

1.      On or about September 21, 2020, claimant filed a claim in the administrative forfeiture

proceeding with the U.S. Customs and Border Protection with respect to the approximately $108,280.00

in U.S. Currency (hereafter "defendant currency"), which was seized on July 25, 2020.

2.      The U.S. Customs and Border Protection has sent the written notice of intent to forfeit

required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

than claimant has filed a claim to the defendant currency as required by law in the administrative

forfeiture proceeding.

///

///

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was December 20, 2020.

4.      By Stipulation and Order filed December 3, 2020, the parties stipulated to extend to March 20, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed March 3, 2021, the parties stipulated to extend to May 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 18, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

7.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 18, 2021.

Dated:  April 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney


By:   /s/ Alyson A. Berg
ALYSON A. BERG
Assistant United States Attorney


Dated:  April 21, 2021

By:   /s/ Matthew Owdom
MATTHEW OWDOM
Attorney for Potential Claimant
Lotrion White
(Approved by phone on 4/21/2021)

IT IS SO ORDERED.

Dated:   April 23, 2021

_____
SENIOR  DISTRICT  JUDGE